THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STANDARD WATER METER COMPANY, Appellant, *v.* ROBERT GRIER MONROE, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*People ex rel. Standard W. M. Co.* v. *Monroe,* 84 App. Div. 241, appeal dismissed.

(Argued October 9, 1903; decided October 13, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus.

*George E. Waldo* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Arthur Sweeny,* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.